# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MINNESOTA

---

Mary Jo Stockman,

Plaintiff,

vs.

Frontier Airlines, Inc.,

Defendant.

Civil No. 02-767 (DSD/JMM)

**ORDER**

---

The above-entitled matter came on for hearing before the Court on May 13, 2002 upon the motion of defendant Frontier Airlines, Inc. for leave to commence third party actions. Michael C. Lindberg appeared for the moving party, defendant Frontier Airlines, Inc., and Valerie Sims appeared for the plaintiffs.

The Court being fully advised, it is hereby ORDERED that defendant Frontier Airlines may commence a third-party action against the City and County of Denver Colorado, a municipal corporation, and Stearns Airport Equipment Company, Inc. n/k/a FKI Logistex Integration, Inc., a Delaware corporation.

Dated: May 21, 2002

**BY THE COURT:**

Honorable John M. Mason
United States Magistrate Judge

MAY 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK