UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Mary Jo Stockman and John Stockman, husband and wife,

Plaintiffs,

vs.

Frontier Airlines, Inc.,

Defendant and Third-Party Plaintiff,

vs.

City and County of Denver, Colorado, a municipal corporation; and Stearns Airport Equipment Company, Inc., n/k/a FKI Logistex Integration, Inc., a Delaware Corporation,

Third-Party Defendants.

**Court File No.: 02-767 (DSD/~~JMM~~ SRN)**

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT STEARNS AIRPORT EQUIPMENT COMPANY, INC. TO ANSWER OR OTHERWISE RESPOND TO FRONTIER AIRLINES, INC.'S THIRD-PARTY COMPLAINT**

---

IT IS HEREBY STIPULATED, by and between the parties hereto, that the time for Stearns Airport Equipment Company, Inc. to answer or to otherwise respond to Frontier Airlines, Inc.'s Third-Party Complaint is hereby extended to Monday July 1, 2002.



JUN 2 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 20, 2002

JOHNSON & LINDBERG, P.A.

By: ______________________________
Michael C. Lindberg (#63307)
7900 International Drive, Suite 960
Minneapolis, Minnesota 55425-1582
Telephone: (952) 851-0700

ATTORNEYS FOR THIRD-PARTY PLAINTIFF FRONTIER AIRLINES, INC.

Dated: June 20, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________________
David L. Hashmall (# 138162)
225 South 6th Street, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 373-8518
Facsimile: (612) 338-0535

ATTORNEYS FOR THIRD-PARTY DEFENDANT STEARNS AIRPORT EQUIPMENT COMPANY, INC.

**IT IS SO ORDERED.**

Dated: June 24, 2002

______________________________
~~The Honorable David S. Doty~~
Magistrate Judge, United States District Court