UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-767(DSD/SRN)

Mary Jo Stockman, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Frontier Airlines, Inc.,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on City and County of Denver, Colorado's motion to dismiss in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: July 1, 2002

David S. Doty, Judge
United States District Court

JUL 2 2002
FILED ______
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______