**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mary Jo Stockman and John Stockman, husband and wife,**

**Plaintiffs,**

**v.**

**Frontier Airlines, Inc.,**

**Defendant and Third Party Plaintiff,**

**v.**

**City and County of Denver, Colorado, a municipal corporation; and Stearns Airport Equipment Company, Inc., n/k/a FKI Logistex Integration, Inc., a Delaware Corporation,**

**Third-Party Defendants.**

**Civil No. 02-767 (DSD/SRN)**

**ORDER**

---

John McBride, Esq., on behalf of Plaintiffs

Daniel Hintz, Esq., on behalf of Defendant and Third Party-Plaintiff

Gregory Reigel, Esq., on behalf of Third-Party Defendant

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on August 22, 2002, on Defendant and Third-Party Plaintiff Frontier Airlines' Motion to Modify the Pretrial Scheduling Order (Doc. No. 21 and 22). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

OCT 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant's motion is granted. The deadlines not yet passed shall be extended thirty (30) days as reported in the Amended Pretrial Scheduling Order.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant and Third-Party Plaintiff Frontier Airlines' Motion to Modify the Pretrial Scheduling Order (Doc. No. 21 and 22) is **GRANTED**. The deadlines not yet passed shall be extended thirty (30) days.

Dated: October 21, 2002.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge