UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Jo Stockman and John Stockman, husband and wife,

Plaintiffs,

v.

Frontier Airlines, Inc.,

Defendant and Third Party Plaintiff,

v.

City and County of Denver, Colorado, a municipal corporation; and Stearns Airport Equipment Company, Inc., n/k/a FKI Logistex Integration, Inc., a Delaware Corporation,

Third-Party Defendants.,

Defendant.

Civil No. 02-767 (DSD/SRN)

ORDER

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 22, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Third-Party Defendant the City and County of Denver's Motion to Dismiss is **GRANTED** (Doc. No. 23); accordingly Third-Party Plaintiff Frontier Airlines'

FILED 11-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

third-party complaint against Third-Party Defendant the City and County of Denver is **DISMISSED WITHOUT PREJUDICE**; and Third-Party Defendant the City and County of Denver's alternative Motion for Change of Venue (Doc. No. 24) is **DENIED AS MOOT**.

**2.** Defendant and Third-Party Plaintiff Frontier Airlines' Motion for Change of Venue (Doc. No. 9, 11, 13, and 17) is **DENIED**.

DATED: Nov. 12, 2002.

Judge David S. Doty
United States District Court Judge