**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Mary Jo Stockman and John Stockman, husband and wife,

Plaintiffs,

vs.

Frontier Airlines, Inc.,

Defendant and Third-Party Plaintiff,

vs.

Stearns Airport Equipment Company, LLC, n/k/a FKI Logistex Integration, Inc., a Delaware Corporation,

Third-Party Defendants.

Civil No. 02-767 (DSD/SRN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above entitled matter having been compromised and settled, it is hereby dismissed on the merits and with prejudice, but without costs to any party.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

Dated: June 2, 2003

By [signature]
Barry A. O'Neil, #
Attorney for Plaintiff
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131

FILED JUN 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**JOHNSON & LINDBERG, P.A.**

Dated: 16 May 2003

By: ______________________
Michael C. Lindberg, #63307
Attorney for Defendant and Third Party Plaintiff Frontier Airlines
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

**FELHABER, LARSON, FENLON & VOGT, P.A.**

Dated: 5/27/03

By: ______________________
David L. Hashmall, #
Attorney for Third Party Defendant Stearns Airport Equipment, Inc. FKA Logistex Integration
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 339-6321

**ORDER FOR DISMISSAL**

Pursuant to the above stipulation, it is hereby ORDERED that this matter be dismissed on the merits and with prejudice, but without costs to any party.

Dated this 13TH day of June, 2003.

**BY THE COURT:**

______________________
~~Susan Richard Nelson~~
~~Magistrate~~ Judge of District Court